# UNPUBLISHED

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 19-1357

THURMOND R. GUESS, SR.,

        Plaintiff - Appellant,

    v.

RICHLAND COUNTY TREASURER; DAVID ADAMS, as Treasurer,

        Defendant - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Cameron McGowan Currie, Senior District Judge. (3:18-cv-00232-CMC)

Submitted: August 22, 2019                 Decided: August 26, 2019

Before KING and RICHARDSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Thurmond R. Guess, Sr., Appellant Pro Se. Kenneth Paul Woodington, DAVIDSON, WREN & PLYLER, PA, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thurmond R. Guess, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendants' motion for summary judgment as well as its subsequent order denying Guess' motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Guess v. Richland Cty. Treasurer*, No. 3:18-cv-00232-CMC (D.S.C. Feb. 21, 2019 & Mar. 27, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*